UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIA GRULLON ROSARIO, et al.
    Plaintiffs
        v.           Civil No. 96-2134(SEC)
THE COMMONWEALTH
OF PUERTO RICO, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket # 82**<br>"Motion for Substitution of Legal Representation" | Noted. |
| **Docket # 78**<br>"Motion for Substitution of Legal Representation" | Moot. |

DATE: March 31, 2000

SALVADOR E. CASELLAS
United States District Judge

