UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 96-2134**

===============================================================

JULIA GRULLON ROSARIO                    Attorneys:
                                         For Plaintiffs:

            VS
                                         For Defendant:
COMMONWEALTH OF PUERTO
RICO

===============================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **TUESDAY, OCTOBER 17, 2000 at 3:30 PM**

Parties to be notified.

                                         _____
                                         LILY ALICEA
                                         COURTROOM DEPUTY