UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

Plaintiff(s)

v.   CIVIL NUMBER: 96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/02/99<br>**Title:** Motion for Setting of Pretrial Conference<br>**Docket:** 79<br>[x] Plffs   [ ] Defts   [ ] Other | **DENIED,** pending resolution of the Motion for Summary Judgment. |

Date: 10/03/2000

JAY A. GARCIA-GREGORY
U.S. District Judge