UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**            DATE:OCTOBER 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO.CIVIL 96-2134 (JAG)**

===================================================================

JULIO GRULLON ROSARIO                      Attorneys:
                                           For Plaintiffs:


            VS
                                           For Defendant:

COMMONWEALTH OF
PUERTO RICO


===================================================================

Due to attorney for plaintiffs illness the status conference set for set for October 17, 2000 is hereby rescheduled for **Thursday, November 30, 2000 at 3:30 PM.**

Parties to be notified.


                                           _____
                                                 LILY ALICEA
                                              COURTROOM DEPUTY