UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

**Plaintiff(s)**

v.                             CIVIL NUMBER: 96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/19/01<br>**Title:** Motion to Withdraw Legal Representation<br>**Docket:** 89<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

Date: April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge