# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

**Plaintiff(s)**

v.                                                CIVIL NO.   96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

---

## ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo Gelpí, Jr. for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

