# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

**Plaintiff(s)**

v.                    **CIVIL NUMBER:** 96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/08/01 | |
| **Title:** Motion Requesting Extension of Time to Respond and/or Object to Magistrate's Report and Recommendations | **GRANTED.** Plaintiff shall file her objections on or before August 24, 2001. |
| **Docket:** 95 | |
| [ x ] **Plffs**    [ ] **Defts**    [ ] **Other** | |

**Date:** August 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



