CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO 2002 APR -8 PM 1:31

RECEIVED AND FILED

JULIA GRULLON ROSARIO

    **Plaintiff(s)**　　　　　　　　　　CIVIL NO. 96-2134 (JAG)

    v.

THE COMMONWEALTH OF PUERTO
RICO, et al

    **Defendant(s)**

---

**PARTIAL JUDGMENT**

Pursuant to the Memorandum and Order entered today, the Court enters judgment dismissing the federal claims against defendants Sepulveda, Vazquez, and Arroyo with prejudice and the state claims without prejudice. The Court enters judgment dismissing plaintiff's claims against defendant Toledo with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of April 2002.

JAY A. GARCIA-GREGORY
United States District Judge

