IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIA GRILLÓN-ROSARIO

Plaintiff

v.                                    CIVIL NO. 96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO, et al.,

Defendants

## ORDER

Jury selection in this case is hereby **RESET** for **Wednesday, May 1, 2002 at 9:30 a.m.**.

**SO ORDERED.**

In San Juan, Puerto Rico this 16th day of April, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge

