IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIA GRULLÓN-ROSARIO

   Plaintiff

   v.                             **CIVIL NO. 96-2134 (JAG)**

COMMONWEALTH OF PUERTO RICO, et al.,

   Defendants

---

## ORDER

As per Judge Jay A. García-Gregory's instructions, the calendar schedule in this case is hereby **RESET** as follows:

   <u>Pretrial</u>   -   Tuesday, May 7, 2002 at 4:00 p.m.

   <u>Jury Selection</u> -   Monday, May 13, 2002 at 9:30 a.m.

   <u>Trial</u>   -   Tuesday, May 14, 2002 at 9:30 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of April, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge

CT Deputy (2)