UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

Plaintiff(s)

v.                                    CIVIL NO.   96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/18/02<br>**Title:** Urgent Joint Motion to Continue<br>**Docket:** 101<br>[ ] Plffs   [ ] Defts   [ ] Other | **MOOT.** See Docket No. 102. |

Date: April 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge