IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIA GRULLON-ROSARIO

    **Plaintiff,**   CIVIL NO. 96-2134(JAG)

    v.

COMMONWEALTH OF PUERTO RICO,
et al.

    **Defendants**

---

### ORDER

The Pre-Trial Conference is hereby rescheduled for Thursday, May 9, 2002, at 4:30 p.m. The Trial date remains set for May 14, 2002 at 9:30 a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge

N. Vargas (v. mail)
F. Ojeda (Thru Evelyn)
(2) CT Deputy