# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 14 AM 8:16

RECEIVED AND FILED
```

GRULLON-ROSARIO

   Plaintiff(s)

       v.                                              **CIVIL NO.**   96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

   Defendant(s)

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/08/02<br>**Title:** Motion in Limine<br>**Docket:** 107<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** See May 9, 2002 Pretrial and settlement Conference Report. |

Date:  May 13, 2002

                                     JAY A. GARCIA-GREGORY
                                     U.S. District Judge



