*Filed on*
*May 9, 2002*
*at 6:20 p.m.*
*Jay Garcia Gregory*
*U.S.D.J.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JULIA GRULLON-ROSARIO

     **Plaintiff,**                 **CIVIL NO.** 96-2134(JAG)

     **v.**

COMMONWEALTH OF PUERTO RICO,
et al.

     **Defendants**

---

**PRE-TRIAL AND SETTLEMENT CONFERENCE REPORT**

    The Court met with counsel today for a Pre-Trial and Settlement Conference.  Attorneys Nora Vargas Acosta and Adalina de Jesús appeared on behalf of plaintiff; attorney Francisco Ojeda-Diez appeared on behalf of defendants.  Magistrate-Judge Gustavo Gelpí was also in attendance at the conference.

    The Court heard counsel on the motion *in limine* filed by defendants on May 8, 2002.  Following argument, the Court granted the motion and limited the scope of testimony to the events that transpired on July 26, 1996.

    The parties then discussed the possibility of settling the case.  The Court met separately with counsel and, after evaluating each side's position, strongly recommends the figure of **$45,000** as the present settlement value of the case.  Counsel Ojeda-Diez is ordered to consult with the Department of Justice's settlement committee and to report back to the Court by **Friday, May 10, 2002, at 12 noon**.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 9th day of May, 2002.

                                  JAY A. GARCIA-GREGORY
                                  U.S. District Judge