# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 16 PM 12: 46

RECEIVED AND FILED

GRULLON-ROSARIO

**Plaintiff(s)**

v.                                                              CIVIL NO.   96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/14/02<br>**Title:** Motion Requesting Voluntary Dismissal Pursuant to Rule 41(a)<br>**Docket:** 117 | **GRANTED.** |

[X] Plffs      [ ] Defts      [ ] Other

---

Date:  May 14, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



