IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIA GRULLON-ROSARIO

    **Plaintiff,**    CIVIL NO. 96-2134(JAG)

v.

COMMONWEALTH OF PUERTO RICO,
<u>et al.</u>

    **Defendants**

---

### JUDGMENT

Pursuant to the Order entered today, the Court hereby enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge