UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRULLON-ROSARIO

**Plaintiff(s)**

v.   CIVIL NO.   96-2134 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 06/17/02<br>Title: Motion for Leave to Deposit Funds<br>Docket(s): 120 | **GRANTED.** |

[ ] Plffs   [X] Defts   [ ] Other

| MOTION | ORDER |
|---|---|
| Date Filed: 06/20/02<br>Title: Motion to Request Disbursements of Funds<br>Docket(s): 121 | **GRANTED.** |

[X] Plffs   [ ] Defts   [ ] Other

Date: June 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

